■ RICHARD BEUTEL, Appellant, v QUINTA BEUTEL, Respondent.—Motion for extension of time to file records and briefs granted in accordance with the following memorandum: The parties are directed to stipulate to the record no later than March 15, 1990 or, in the event the parties are unable to do so, appellant is directed to move for an order settling the record no later than April 1, 1990. Defendant's attorney's contention that he no longer is the attorney of record in this action is without merit. Present—Callahan, J. P., Doerr, Denman, Boomer and Lawton, JJ.

■ JUDITH FREEMAN, Respondent, v DONALD FREEMAN, Appellant.—Motion for extension of time granted. Memorandum: The time to take the appeal is extended until March 22, 1990. No further extension will be granted unless plaintiff submits an affidavit containing convincing facts justifying the delay and showing merit to the appeal (see, 22 NYCRR 1000.3 [b] [2] [i]). Present—Callahan, J. P., Doerr, Denman, Boomer and Pine, JJ.